USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
FAIRWAY INDEPENDENT MORTGAGE :
CORPORATION, :
:
Plaintiff,  :  20-CV-3161 (JPC)
:
-v- : NOTICE OF
:  REASSIGNMENT
REDWOOD RESIDENTIAL ACQUISITION :
CORPORATION, :
:
Defendant. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at [https://www.nysd.uscourts.gov/hon-john-p-cronan](https://www.nysd.uscourts.gov/hon-john-p-cronan).**  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court.

SO ORDERED.

Dated: October 14, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge